UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORWOOD PROMOTIONAL PRODUCTS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Cause No.: 1:09-cv-01378-JMS-WGH |
| KUSTOMKOOZIES, LLC and ROBERT LIDDLE, | ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S STIPULATION REGARDING
LOST PROFITS AND CORRECTIVE ADVERTISING DAMAGES**

Norwood Promotional Products, LLC ("Norwood"), by counsel, stipulates as follows, regardless of the content or claims found in any past, present or future pleading filed in this matter:

1. Norwood will not seek lost profits damages in this action.

2. Norwood will not seek corrective advertising damages in this action.

SO STIPULATED.

/s/Jonathan G. Polak
Jonathan G. Polak
Keirian A. Brown
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: 317.713.3500
Facsimile: 317.713.3699
jpolak@taftlaw.com
kbrown@taftlaw.com

Attorneys for Plaintiff
Norwood Promotional Products, LLC

## CERTIFICATE OF SERVICE

I certify that on the 28th day of February, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Craig Eldon Pinkus
BOSE MCKINNEY & EVANS, LLP
cpinkus@boselaw.com

Robert D. Davis, Jr.
BOSE MCKINNEY & EVANS, LLP
rdavis@boselaw.com

/s/Jonathan G. Polak